UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

HILLSMAN MODULAR MOLDING, INC.,

          Plaintiff,

-vs-                                    Case No. 6:02-cv-1493-Orl-28JGG

HILLTECH CUSTOM INJECTION
MOLDING, INC., WILLIAM HILL,

          Defendants.
_____

## ORDER

This case is before the Court to determine the amount of attorney's fees to be awarded to Plaintiff in conjunction with its Motion for Default Judgment (Doc. 38) filed July 30, 2004. The United States Magistrate Judge has submitted a report recommending that the Plaintiff be awarded attorney's fees in the amount of $37,749.50 for its Texas counsel and $16,500.00 for its Florida counsel, for a total of $54,249.51. It is further recommended that this amount be awarded without prejudice to Plaintiff's ability to separately seek an award of costs.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation. Therefore, it is **ORDERED** as follows:

    1.    The Report and Recommendation filed May 26, 2005 (Doc. No. 63) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. The Plaintiff is hereby awarded attorney's fees from the Defendants in the amount of $37,749.50 for its Texas counsel and $16,500.00 for its Florida counsel, for a total of $54,249.51.

3. The amount of attorney's fees awarded is prejudice to Plaintiff's ability to separately seek an award of costs. Any such bill of costs or motion for an award of costs should be accompanied by a memorandum of law citing authority for an award of costs under 15 U.S.C. § 1117 in excess of 28 U.S.C. § 1920 costs.

**DONE** and **ORDERED** in Chambers, Orlando, Florida this __13__ day of June, 2005.

JOHN ANTOON II
United States District Judge

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party